**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1891**

———————

MARIANNE SAWICKI,

                                  Plaintiff - Appellant,

        versus

MORGAN STATE UNIVERSITY; EARL S. RICHARDSON;
CLARA I. ADAMS; BURNEY J. HOLLIS; OTTO BEGUS;
STATE OF MARYLAND,

                                  Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (CA-03-1600-1-WMN)

———————

Submitted:  January 25, 2006          Decided:  March 1, 2006

———————

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Marianne Sawicki, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Dawna Marie Cobb, Mark Jason Davis, Assistant
Attorneys General, David Reid Moore, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marianne Sawicki appeals the district court's order granting summary judgment for Morgan State University and dismissing her claims of employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Sawicki v. Morgan State Univ.</u>, No. CA-03-1600-1-WMN (D. Md. Aug. 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>